IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. |
| | : | |
| v. | : | |
| **LEE STUTTS** | : | **VIOLATIONS:** |
| **Defendants.** | : | |
| | : | **18 U.S.C. § 111(a)(1) & (b)** (Assaulting, Resisting, or Impeding Certain Officers with Deadly or Dangerous Weapon) |
| | : | **18 U.S.C. § 231(a)(3)** (Obstruction of Law Enforcement During Civil Disorder) |
| | : | **18 U.S.C. § 1752(a)(1)** (Entering and Remaining in a Restricted Building or Grounds) |
| | : | **18 U.S.C. §§ 1752(a)(2)** (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |
| | : | **18 U.S.C. § 1752(a)(4)** (Engaging in Physical Violence in a Restricted Building or Grounds) |
| | : | **40 U.S.C. § 5104(e)(2)(D)** (Disorderly Conduct in a Capitol Building) |
| | : | **40 U.S.C. §§ 5104(e)(2)(F)** (Act of Physical Violence in the Capitol Grounds or Buildings) |
| | : | |

Case: 1:23-mj-00261
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 9/26/2023
Description: Complaint W/ Arrest Warrant

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1

1.    IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2.    IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:  September 26, 2023

                                              _____
                                              MOXILA A. UPADHYAYA
                                              UNITED STATES MAGISTRATE JUDGE