**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

   **v.**

**LEE STUTTS,**

   **Defendant.**

**CR NO. 24-CR-00019 (TSC)**

<u>**NOTICE OF APPEARANCE**</u>

    NOW COMES the United States of America, through undersigned counsel, and gives notice that Raymond K. Woo, Assistant U.S. Attorney, hereby enters his appearance on behalf of the United States.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052

Date: January 29, 2024        By:  */s/ Raymond K. Woo*
                    Raymond K. Woo
                    Assistant United States Attorney, Detailee
                    AZ Bar No. 023050
                    United States Attorney's Office
                    601 D Street, N.W.
                    Washington, D.C.  20530
                    Telephone: (602) 514-7736
                    Email: raymond.woo@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On this 29th day of July, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.


Date: January 29, 2024                    By:   */s/ Raymond K. Woo*_____
                                          Raymond K. Woo
                                          Assistant United States Attorney, Detailee
                                          AZ Bar No. 023050
                                          United States Attorney's Office
                                          601 D Street, N.W.
                                          Washington, D.C.  20530
                                          Telephone: (602) 514-7736
                                          Email: raymond.woo@usdoj.gov