# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) |
| v. | ) <br> ) Criminal No. 1:24-cr-00019-TSC |
| **LEE STUTTS,** | ) <br> ) <br> ) |
| **Defendant.** | ) <br> ) |

## MOTION TO APPOINT CRIMINAL JUSTICE ACT COUNSEL

Defendant Lee Stutts, by and through the undersigned counsel, respectfully moves this Court for an order appointing and the undersigned Criminal Justice Act ("CJA") attorney, Stanley E. Woodward, Jr., as counsel of record for Mr. Stutts in connection with the above-captioned matter and substituting his appearance for the current retained counsel. The Criminal Justice Act of 1964, 18 U.S.C. § 3006A, established a comprehensive system for appointing and compensating legal representation for accused persons who are financially unable to retain counsel in federal criminal proceedings. *See* 18 U.S.C. § 3006A(a) ("Each United States district court, with the approval of the judicial council of the circuit, shall place in operation throughout the district a plan for furnishing representation for any person financially unable to obtain adequate representation[.]").

In support of this Motion, counsel states:

1. The United States District Court for the District Columbia has appointed Mr. Woodward as a member of the District's CJA panel;

2. Mr. Stutts has been charged with several felony offenses arising from the events of January 6, 2021, at the United States Capitol, and entered a plea of not guilty as to all charged counts on May 7, 2024, before this Court;

3. Mr. Stutts is set to appear for a trial in this matter on January 13, 2025, and the appointment (or substitution) of CJA counsel does not affect this trial date;

4. Concomitantly with this filing, the undersigned counsel will file a motion with the Court seeking leave to file *ex parte* under seal a financial affidavit demonstrating that Mr. Stutts is eligible for retained counsel; and

5. The undersigned counsel has conferred with the Assistant Federal Public Defender for this District, whom reviewed the financial affidavit and approved the undersigned's appointment in this matter.

Accordingly, and pursuant to 18 U.S.C. § 3006A, Mr. Stutts is entitled to CJA counsel and, respectfully moves this Court to appoint Mr. Woodward CJA counsel for Mr. Stutts, substituting Mr. Woodward's appearance for the current retained counsel.

Dated: July 25, 2024

Respectfully submitted,

  *s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (DC Bar No. 997320)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, DC 20001
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

*Counsel for Defendant Lee Stutts*

## **CERTIFICATE OF SERVICE**

On July 25, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which automatically sends electronic notification of such filing to all registered parties.

                                               *s/ Stanley E. Woodward, Jr.*
                                               Stanley E. Woodward, Jr.