UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **LEE STUTTS**, <br><br> Defendant. | Criminal Action No. 24-CR-00019 (TSC) |

**NOTICE OF FILING OF UNITED STATES' PROPOSED PRETRIAL ORDER**

The United States, by and through the undersigned attorney, hereby provides its Proposed Pretrial Scheduling Order as required by the Court. The parties could not come to an agreement and have thus elected to file separately.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

*/s/ Madison H. Mumma*
MADISON H. MUMMA
Trial Attorney
N.C. Bar No. 56546
601 D. Street NW
Washington, DC 20004
madison.mumma@usdoj.gov
202-913-4794