UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 1:24-cr-00019-TSC |
| LEE STUTTS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Lee Stutts, by and through undersigned counsel, pursuant to Local Rule 49(f)(6) of the Local Rules of Criminal Procedure for the United States District Court for the District of Columbia, and respectfully requests that this Court grant Mr. Stutts leave to file Exhibit A to his October 4, 2024, Response to Show Cause (ECF No. 37) Under Seal.

The Court has inherent power to seal submitted materials. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Although there is a presumption of access to court proceedings, this presumption can be overridden if "(1) closure servers a compelling interest; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest." *Washington Post v. Robinson*, 935 F.2d 282, 288, 290 (D.C. Cir. 1999) (internal citation and quotation omitted).

Here, defense counsel seeks to submit to the Court Mr. Stutts's medical records which by definition include personal identifying information and therefore there is a compelling interest to permit Mr. Stutts to file the accompanying exhibit under seal.

Dated: October 4, 2024    Respectfully submitted,

     */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Lee Stutts*

### CERTIFICATE OF SERVICE

On October 4, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed via the CM/ECF system, and thereafter electronically transmitted to government counsel.

     */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)

*Counsel for Defendant Lee Stutts*