**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
|  | ) |
|  | ) |
| **v.** | ) |
|  | ) **Criminal No. 1:24-cr-00019-TSC** |
| **LEE STUTTS,** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

**CONSENT MOTION TO CONTINUE**

Defendant Lee Stutts, by and through the undersigned counsel, respectfully requests that the hearing regarding the Pretrial Violation Report (Sept. 12, 2024) (ECF No. 35), scheduled for November 6, 2024, at 10:30 AM, *see* Minute Order (Oct. 9, 2024), be continued by a week, until November 13, 2024, or until a date that is convenient to the Court.  Defense counsel has a previously scheduled professional commitment and will be traveling outside of this District on November 6, which conflicts with the Court's noticed in-person hearing.

Dated: October 15, 2024                    Respectfully submitted,

                                                         *s/ Stanley E. Woodward, Jr.*
                                                         Stanley E. Woodward, Jr. (DC Bar No. 997320)
                                                         Brand Woodward Law, LP
                                                         400 Fifth Street NW, Suite 350
                                                         Washington, DC 20001
                                                         202.996.7447 (telephone)
                                                         202.996.0113 (facsimile)
                                                         stanley@brandwoodwardlaw.com

                                                         *Counsel for Defendant Lee Stutts*

## <u>CERTIFICATE OF SERVICE</u>

On October 15, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which automatically sends electronic notification of such filing to all registered parties.

      *s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr.