# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 24-CR-00019-TSC** |
| : | |
| **LEE STUTTS,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The undersigned, on behalf of the United States of America, hereby provides notice that Assistant U.S. Attorney Kathryn E. Bolas enters an appearance in this case.

Respectfully Submitted,

Date: November 6, 2024

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Kathryn E. Bolas
KATHRYN E. BOLAS
Assistant U.S. Attorney
NY Bar No. 5704234
United States Attorney's Office
Capitol Siege Section
601 D Street, NW
Washington, D.C. 20530
Phone: 202-252-0872
Kathryn.Bolas@usdoj.gov