AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
| v. | ) |
| LEE STUTTS | ) Case No. 24-cr-00019-TSC-1 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States judge without unnecessary delay
*(name of person to be arrested)*    LEE STUTTS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☒ Order of the Court

This offense is briefly described as follows:
  Failure to Appear for Court on 11/13/2024 at 11:00AM before Judge Tanya S. Chutkan.

Date: 11/13/2024

*Issuing officer's signature*

City and state:   Washington, DC

Crystal Love, Courtroom Deputy
*Printed name and title*

### Return

This warrant was received on *(date)* 11-13-24, and the person was arrested on *(date)* 11-14-24
at *(city and state)* NEWTON NC

Date: 11/15/24

*Arresting officer's signature*

Meredith Harrington, Special Agent
*Printed name and title*