# EXHIBIT A

| | |
|---|---|
| **From:** | Britney L. Dahlkoetter |
| **To:** | Chutkan Chambers |
| **Cc:** | Freeh, Rachel (USADC); stanley@brandwoodwardlaw.com; Bolas, Kathryn (USADC) |
| **Subject:** | Lee Stutts Third Party Screening |
| **Date:** | Wednesday, December 11, 2024 10:35:14 AM |

Good morning all,

PSA screened Hannah Stutts (Lee Stutts Mother) as a potential third party custodian. At this time, she is home all day and understands the rules regarding the 3rd party custodian. She is eligible to be Mr. Stutts custodian if he is to be released.

Please let me know if you have anymore questions.

Thank you

*Britney Dahlkoetter- Pretrial Services Officer*
*United States District Court*
*Pretrial Services Agency for the District of Columbia*
*333 Constitution Ave, NW Office 2762*
*Washington, DC 20001*
*202-585-7046 (Office)*
*202-442-1000 (Main)*