**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| v. | ) |
| **LEE STUTTS,** | ) Criminal No. 1:24-cr-00019-TSC |
| **Defendant.** | ) |

**[PROPOSED] ORDER**

Upon consideration of Mr. Stutts' Motion to Modify Conditions of Release from Custody, on this ____ day of ____, ____, it is hereby:

**ORDERED** that the Motion is GRANTED.

**SO ORDERED**.

                                                            The Honorable Tanya S. Chutkan
                                                            United States District Court Judge