# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )  <br> ) <br> v.  ) <br> )  **Criminal No. 1:24-cr-00019-TSC** <br> **LEE STUTTS,**  ) <br> ) <br> **Defendant.**  ) <br> ) | |

## CONSENT MOTION TO APPEAR VIRTUALLY

Defendant Lee Stutts, by and through the undersigned counsel, respectfully requests leave of this Court to permit the undersigned counsel, Stanley E. Woodward, Jr., to appear virtually at the in-person Pretrial Conference scheduled for Wednesday, January 8, 2025 at 2:00 PM. *See* Minute Order (Jan. 7, 2025). Due to previously scheduled professional commitments, defense counsel is not currently present in the D.C. area and is unable to travel back in time to attend the hearing in person but is available to appear virtually. Defense counsel has asked standby counsel to be present with Mr. Stutts during the hearing and Defense counsel's law clerk will also be physically present for the hearing. Defense counsel has conferred with government counsel about the instant motion, who do not oppose this request.

[SIGNATURE NEXT PAGE]

Dated: January 7, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 *s/ Stanley E. Woodward, Jr.*
　　　　　　　　　　　　　　　　　　　　Stanley E. Woodward, Jr. (DC Bar No. 997320)
　　　　　　　　　　　　　　　　　　　　Brand Woodward Law, LP
　　　　　　　　　　　　　　　　　　　　400 Fifth Street NW, Suite 350
　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　202.996.7447 (telephone)
　　　　　　　　　　　　　　　　　　　　202.996.0113 (facsimile)
　　　　　　　　　　　　　　　　　　　　stanley@brandwoodwardlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Lee Stutts*

## CERTIFICATE OF SERVICE

On January 7, 2025, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which automatically sends electronic notification of such filing to all registered parties.

　　　　　　　　　　　　　　　　　　　　 *s/ Stanley E. Woodward, Jr.*
　　　　　　　　　　　　　　　　　　　　Stanley E. Woodward, Jr.