**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) )  ) |
| v. | ) )  ) |
| **LEE STUTTS,** | ) )  ) |
| **Defendant.** | ) ) ) |

Criminal No. 1:24-cr-00019-TSC

**[PROPOSED] ORDER**

Upon consideration of Mr. Stutts' Consent Motion to Appear Virtually at the January 8, 2025 Pretrial Conference, it is this _____ day of January, 2025, hereby:

**ORDERED** that the Motion is GRANTED.

**SO ORDERED**.

_____
The Honorable Tanya S. Chutkan
United States District Court Judge